# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00036-CV

**L. G., Appellant**

v.

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. C2013-0945C, HONORABLE GARY L. STEEL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant L.G. has informed this Court that she no longer wishes to pursue this appeal and has filed a motion to dismiss it. Appellant's counsel states that she has conferred with counsel for appellee Texas Department of Family and Protective Services, which does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: March 13, 2015